[No. 51116-5-I.   Division One.   August 11, 2003.]

KING COUNTY, *Respondent*, v. WARREN BERES, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-07663-9, J. Kathleen Learned, J., entered August 26, 2002. *Affirmed* by unpublished opinion per Agid, J., concurred in by Becker, C.J., and Kennedy, J.

[No. 51184-0-I.   Division One.   August 11, 2003.]

TIFFANY FAMILY TRUST CORPORATION, *Appellant*, v. THE CITY OF KENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-05159-0, Harriett M. Cody, J., entered December 15, 2000. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Kennedy and Schindler, JJ. Now published at 119 Wn. App. 262.

[No. 51285-4-I.   Division One.   August 11, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. PAULA FAYE NETTER, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 01-1-08568-5, Philip G. Hubbard, Jr., J., entered September 26 and October 16, 2002. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 51740-6-I.   Division One.   August 11, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. VILASAK PHIMMACHAK, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-01936-1, Kenneth L. Cowsert, J., entered January 15, 2003. *Affirmed* by unpublished per curiam opinion.